## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **EZEQUIEL RODRIGUEZ** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **C.A. NO. 1:23-CV-00277** |
| | § | |
| **M&M INDUSTRIAL SERVICES,** | § | |
| **INC., TRANSOCEAN OFFSHORE** | § | |
| **DEEPWATER DRILLING, INC.** | § | |
| **TECHNIPFMC, AND SHANNON** | § | |
| **POLK** | § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Plaintiff Ezequiel Rodriguez and Defendant M&M Industrial Services, Inc., through their respective counsel, have reached resolution of their claims amongst them. Counsel for the respective parties will submit an appropriate motion to dismiss and proposed order upon consummation of the settlement.

Respectfully submitted,

By:  */s/ Kenneth W. Bullock II*
Kenneth W. Bullock, II
State Bar No. 24055227
Melissa D. Kirby
State Bar No. 24105431
**FROST BROWN TODD LLP**
1100 Louisiana, Suite 4300
Houston, Texas 77002
Telephone:   713-590-9300
Facsimile:    713-590-9399
kbullock@fbtlaw.com
mkirby@fbtlaw.com

**ATTORNEYS FOR DEFENDANT**
**M&M INDUSTRIAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney for Defendant Callan Marine Ltd., certifies that a true and correct copy of the foregoing has been served upon all known counsel of record by the method of service indicated on this, the 4th day of November 2024.

| | |
|---|---|
| Javier Cabanillas | Robert L. Klawetter |
| Hannah Lacey | Christina K. Schovajsa |
| The Ferguson Law Firm, LLP | Thomas Stanley |
| 3155 Executive Blvd. | Schouest, Bamdas, Soshea, Benmaier & |
| Beaumont, Texas 77705 | Eastham PLLC |
| | 1001 McKinney Street, Suite 1400 |
| | Houston, Texas 77002 |

_/s/ Kenneth W. Bullock II_
Kenneth W. Bullock II

0145809.0758028   4870-6162-7064v1