IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EZEQUIEL RODRIGUEZ § § VS. § § M & M INDUSTRIAL SERVICES, INC.; § TRANSOCEAN OFFSHORE DEEPWATER § DRILLING INC.; and JOHN DOE § § | C.A. NO. 1:23-CV-00277 |

## NOTICE OF SETTLEMENT

Plaintiff Ezequiel Rodriguez and Defendants Transocean Offshore Deepwater Drilling Inc. and Shannon Polk, through their respective counsel, have reached resolution of their claims amongst them. Counsel for respective parties will submit an appropriate motion to dismiss and proposed order upon consummation of the settlement

Respectfully submitted,

SBSB EASTHAM

/s/ *Robert L. Klawetter*
Robert L. Klawetter
Federal I.D. 2471
State Bar No. 11554700
rklawetter@sbsb-eastham.com
Christina K. Schovajsa
Federal I.D. 25142
State Bar No. 24002910
cschovajsa@sbsb-eastham.com
Schouest, Bamdas, Soshea, BenMaier
   & Eastham PLLC
1001 McKinney Street, Suite 1400
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile:  (713) 574-2942

*Attorneys for Defendants,*
*Transocean Offshore Deepwater Drilling Inc. and*
*Shannon Polk*

24,031♦4NSSMD111

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I am a member of the firm of Schouest, Bamdas, Soshea, BenMaier & Eastham PLLC, attorneys in charge for Defendants Transocean Offshore Deepwater Drilling Inc. and Shannon Polk herein, and that a true and correct copy of the foregoing has been served to all counsel of record on this the **27th** day of **December 2024**.

*Via Electronic Case Filing System*
Javier Cabanillas
The Ferguson Law Firm L.L.P.
3155 Executive Blvd.
Beaumont, Texas 77705

*Via Electronic Case Filing System*
Kenneth W. Bullock, II
Melissa D. Kirby
Frost Todd Brown LLP
1100 Louisiana Street, Suite 4300
Houston, Texas 77002

/s/ *Robert L. Klawetter*
Robert L. Klawetter