IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EZEQUIEL RODRIGUEZ, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-00277 |
| § | JUDGE MICHAEL J. TRUNCALE |
| M & M INDUSTRIAL SERVICES, INC., § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING REMAINING CLAIMS WITH PREJUDICE

On November 4, 2024, Plaintiff and Defendant M&M Industrial Services, Inc. filed a Notice of Settlement in the above-styled matter. [Dkt. 34]. The notice advised the Court that Plaintiff and Defendant M&M had reached a resolution of their claims amongst them. On November 5, 2024, the Court entered an Order on Closing Documents with respect to the claims between Plaintiff and Defendant M&M and ordered those parties to file the appropriate dismissal documents necessary for the closing of this case and its removal from the active docket of this Court on or before December 4, 2024. [Dkt. 35].

On December 27, 2024, Plaintiff and the remaining Defendants, Transocean Offshore Deepwater Drilling Inc. and Shannon Polk, filed their Notice of Settlement. [Dkt. 45]. The Court entered an Order on Closing Documents relating to these Parties on December 30, 2024 ordering the Parties to file their closing documents on or before February 14, 2025. [Dkt. 46]. As ordered by the Court, Plaintiff filed his Motion for Partial Dismissal with Prejudice as to Defendants Transocean Offshore Deepwater Drilling Inc. and Shannon Polk on February 14, 2025, [Dkt. 47], and the Court entered an Order Dismissing the Case with Prejudice as to Defendants Transocean Offshore Deepwater Drilling Inc. and Shannon Polk on February 18, 2025 [Dkt. 48].

To date, Plaintiff and Defendant M&M have not filed their closing or dismissal documents in this matter. Despite being given an additional 134 days in which to do so, the Court has not received those documents.

Accordingly, it is hereby **ORDERED** that all claims between Plaintiff and Defendant M&M Industrial Services, Inc. are hereby **DISMISSED WITH PREJUDICE**.

All attorney's fees and costs are to be borne by the Party incurring same and all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED to close this file**.

SIGNED this 17th day of April, 2025.

_____
Michael J. Truncale
United States District Judge